# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: RONALD DANDAR        :   No. 79 WM 2016
                                       :
                                       :

## ORDER

**PER CURIAM**

       **AND NOW**, this 1st day of August, 2016, the Application for Extraordinary Relief and the Application for Relief are **DENIED**.